PRICE MEESE SHULMAN & D'ARMINIO, P.C.
50 Tice Boulevard
Woodcliff Lake, NJ 07677
(201) 391-3737
jedwards@pricemeese.com
Counsel for Plaintiff
Atlantic Home Loans, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLANTIC HOME LOANS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNION HOME MORTGAGE CORP., <br><br> Defendant. | C.A. No.: 2:22-cv-00265-MCA-LDW <br><br><br> **JOINT STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant in the above captioned action, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), any and all claims by Plaintiff against Defendant in the above-captioned action are dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

Dated: June 8, 2022

| | |
|---|---|
| PRICE, MEESE, SHULMAN & D'ARMINIO, P.C., | BARNES & THORNBURG LLP |
| /s/ John R. Edwards, Jr. | /s/ Regina S.E. Murphy |
| John R. Edwards, Jr. | Regina S.E. Murphy |
| NJ Bar No. 027421985 | NJ Bar No. 031712010 |
| 50 Tice Boulevard | 1000 N. West Street, Suite 1500 |
| Woodcliff Lake, NJ 07677 | Wilmington, DE 19801 |
| Telephone: (201) 391-3737 | Telephone: (302) 300-3434 |
| Email: jedwards@pricemeese.com | Facsimile: (302) 300-3456 |
| | Email: gigi.murphy@btlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Atlantic Home Loans, Inc.* | *Union Home Mortgage Corp.* |

SO ORDERED

　　*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 6/10/22